No. 75–774. BIG RIVERS ELECTRIC CORP. ET AL. *v.* ENVIRONMENTAL PROTECTION AGENCY ET AL.; and

No. 75–787. TENNESSEE VALLEY AUTHORITY *v.* ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. 6th Cir. Certiorari denied. Reported below: 523 F. 2d 16.

No. 75–808. NATELLI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–950. CALIFORNIA *v.* HARRIS. Sup. Ct. Cal. Certiorari denied.

No. 75–957. EVANS ET AL. *v.* FROMME ET AL. C. A. 9th Cir. Certiorari denied.

No. 75–973. UNITED TRANSPORTATION UNION LODGE No. 550 ET AL. *v.* ROCK ET AL.; and

No. 75–1220. NORFOLK & WESTERN RAILWAY Co. *v.* ROCK ET AL. C. A. 4th Cir. Certiorari denied. Reported below: 532 F. 2d 336.

No. 75–977. ACCURACY IN MEDIA, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 75–989. RUYLE ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 75–1023. BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF CINCINNATI ET AL. *v.* BRONSON ET AL.; and

No. 75–1054. OHIO STATE BOARD OF EDUCATION ET AL. *v.* BRONSON ET AL. C. A. 6th Cir. Certiorari denied. Reported below: 525 F. 2d 344.